RELIANCE INSURANCE CO.,
Plaintiff–Appellee,

v.

Ted O. ROMINE, Defendant–Appellant.

No. 89–8224

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 22, 1989.

James P. Gerard, Savannah, Ga., for defendant-appellant.

Charles H. Fails, M. Michael Egan, Jr., Atlanta, Ga., for plaintiff-appellee.

Before HATCHETT and COX Circuit Judges, and HILL, Senior Circuit Judge.

PER CURIAM:

We affirm on the basis of the district court's opinion in *Reliance Insurance Co. v. Romine,* 707 F.Supp. 550 (S.D.Ga.1989).

AFFIRMED.